JOHN L. BURRIS, ESQ. (SBN 69888)
BEN NISENBAUM, ESQ. (SBN 222173)
K. CHIKE ODIWE, ESQ. (SBN 315109)
BRANDON YEE, ESQ. (SBN 344583)
BURRIS, NISENBAUM, CURRY AND LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@bncllaw.com
ben.nisenbaum@bncllaw.com
chike.odiwe@bncllaw.com
brandon.yee@bncllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through his Guardian ad Litem Nandi Storm Cain and M.G., by and through her Guardian ad Litem Wendy Whittaker,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Vallejo Police Department,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01879-JAM-AC<br><br>**APPLICATION AND ORDER TO APPOINT NANDI CAIN AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.C. (ECF No. 13)** |

1) Petitioner, Nandi Cain, is the biological father of the minor Plaintiff identified as J.C.

2) Petitioner and J.C. move the Court for an Order appointing Petitioner as Guardian Ad Litem on behalf of J.C.

3) J.C. is under the age of 18.

4) J.C. has claims for damages against Defendant City of Vallejo under 42 U.S.C. Section 1983 and under California law, which are brought before this Court because of an incident that occurred on July 3, 2023.

5) No previous application for appointment of a Guardian Ad Litem in this matter has been filed.

6) Petitioner is the grandmother of J.C. Petitioner is willing to serve as the Guardian Ad Litem for J.C. Petitioner is fully competent to understand and protect the rights of J.C. and has no interest adverse to J.C.

WHEREFORE, Petitioner, Nandi Cain, prays that she be appointed guardian ad litem for minor, J.C.

**Burris, Nisenbaum, Curry and Lacy, LLP**

Dated:  July 25, 2024         /s/ *Kenneth Chike Odiwe*
                              Kenneth Chike Odiwe
                              Attorney for Plaintiffs

Dated: July 25, 2024          By: * *Nandi Cain*
                              Petitioner
                              * Burris, Nisenbaum, Curry and Lacy, LLP has on file all holographic signatures corresponding to any signatures indicated by a conformed signature within this e-filed document.

**ORDER**

Petitioner Nandi Cain's application for appointment as guardian ad litem for minor Plaintiff J.C. is hereby **GRANTED**.

IT IS SO ORDERED.

Dated: July 25, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE