VERONICA A.F. NEBB
City Attorney, State Bar No. 140001
KRISTOFFER S. JACOB
Assistant City Attorney, State Bar No. 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, California 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687
Email: kristoffer.jacob@cityofvallejo.net

PAMELA K. GRAHAM, State Bar No. 216309
pgraham@chwlaw.us
JOHN A. ABACI, State Bar No. 166493
jabaci@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 94945
Telephone:   (530) 432-7357
Facsimile:    (530) 432-7356

Attorneys for CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through his Guardian ad Litem Nandi Storm Cain and M.G., by and through her Guardian ad Litem Wendy Whittaker,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Vallejo Police Department,,<br><br>Defendants. | Case No. 2:24-cv-01879-JAM-AC<br><br>**ORDER ON CITY'S REQUEST TO SEAL EXHIBITS A-D IN SUPPORT OF MOTION TO DISMISS COMPLAINT (ECF No. 18)**<br><br>Date: October 22, 2024<br>Time: 1:00 PM<br>Judge: Hon. John A. Mendez<br><br>Trial Date:        Not Set |

1  Defendant City of Vallejo's (hereinafter, "City") Request to Seal City's Exhibits A through
2  D in Support of Motion to Dismiss Complaint having come before this Court and the Court having
3  considered the arguments, papers and records on file, with good cause appearing under Rule 26(c)
4  of the Federal Rules of Civil Procedure for the City's request, the Court now Orders the City's
5  Request to Seal Exhibits A through D in Support of Motion to Dismiss Complaint and **Exhibits A**
6  **through D** be filed **UNDER SEAL**.

Dated: August 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

372761.1

2
ORDER ON CITY'S REQUEST TO SEAL EXHIBITS A-D IN SUPPORT OF
MOTION TO DISMISS COMPLAINT