JOHN L. BURRIS, ESQ. (SBN 69888)
BEN NISENBAUM, ESQ. (SBN 222173)
BRANDON YEE, ESQ. (SBN 344583)
BURRIS, NISENBAUM, CURRY AND LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@bncllaw.com
ben.nisenbaum@bncllaw.com
brandon.yee@bncllaw.com

K. CHIKE ODIWE, ESQ. (SBN 315109)
LAW OFFICES OF KENNETH CHIKE ODIWE, PC
2880 Zanker Road Suite 203, PMB 1689
San Jose, CA 95134
Telephone: (669) 315-4431
Facsimile: (669) 315-4431
kenneth@kennethodiwelaw.com

Attorneys for Plaintiffs
J.C. and M.G.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through his Guardian ad Litem Nandi Storm Cain and M.G., by and through her Guardian ad Litem Wendy Whittaker,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF VALLEJO, a municipal corporation; ROSENDO MESA, individually and in his official capacity as a correctional officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Vallejo Police Department,<br><br>　　　　Defendants. | Case No. 2:24-cv-01879-JAM-AC<br><br>**ORDER TO APPOINT SHANNON KERRIE WHITTAKER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.C.  (ECF No. 53)**<br><br>Date: January 6, 2026<br>Time: 1:00 p.m.<br>Location: Courtroom 6, 14th floor |

**ORDER**

Petitioner Shannon Kerrie Whittaker's application for appointment as guardian ad litem for minor Plaintiff J.C. is hereby **GRANTED**.

IT IS SO ORDERED.

Dated:  December 01, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE