**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

J.C., by and through his Guardian ad Litem Nandi Storm Cain and M.G., by and through her Guardian ad Litem Wendy Whittaker,

Plaintiffs,

v.

CITY OF VALLEJO, a municipal corporation; ROSENDO MESA, individually and in his official capacity as a correctional officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Vallejo Police Department,

Defendants.

Case No. 2:24-cv-01879-JAM-AC

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES AND DISPOSITIVE MOTION HEARING DATE; ORDER**

Judge:    John A. Mendez

Trial Date:        Not Set

439431.1

JOINT MOTION TO EXTEND PRETRIAL DEADLINES; ORDER

Plaintiffs and Defendants, through their designated counsel, jointly seek to extend all case deadlines and the dispositive motion hearing date by 45 days. In support of this motion, they state:

1. On May 29, 2025, this Court entered a Pretrial Scheduling Order [Dkt. 48] setting a pretrial schedule that included deadlines regarding discovery, dispositive motions, and expert witness disclosures.

2. On June 10, 2025, the Court entered a Protective Order [Dkt. 50], which approved and incorporated the parties' Stipulated Protective Order [Dkt. 49]. Under the Protective Order, a party has 15 days after receipt of a deposition transcript to designate portions of the transcript as CONFIDENTIAL and subject to the protective order.

3. The parties exchanged initial disclosures and began fact discovery thereafter, and have exchanged expert reports. Both parties have propounded and responded to discovery requests and have successfully met and conferred to resolve discovery disputes that have arisen.

4. On February 12, 2026, Plaintiffs' counsel deposed Defendant Rosendo Mesa and the transcript was provided to the parties' counsel by the court reporter on March 3, 2026. The deadline for portions of Defendant Mesa's deposition transcript to be designated as confidential is March 18, 2026 and Defendant Mesa's deadline to review the transcript and to sign a statement listing changes and reasons for making them is April 2, 2026.

5. Plaintiffs served the City with their second set of requests for production, which are currently due on March 30, 2026.

6. On March 6, 2026, counsel for the parties resumed settlement negotiations after an unsuccessful attempt at mediation.

7. On March 17, 2026, Defendants formally extended a settlement offer and the parties agree to informally suspend discovery to limit ongoing costs while the parties are engaged in good faith settlement negotiations. Based on the renewed settlement negotiations, the parties are optimistic that their negotiations will succeed in settling this case where mediation failed.

8. The parties agree that limiting further litigation costs while they are actively engaged in settlement negotiations is likely to increase the chances of settlement.

Colantuono, Highsmith & Whatley, pc
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091

JOINT MOTION TO EXTEND PRETRIAL DEADLINES; ORDER

439431.1

9. This is the first request by the parties to extend the deadlines in this case. The parties make this request in good faith and for good cause, and not for purposes of delay.

10. Accordingly, the parties jointly request that the Court extend the impending deadlines in this case as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Confidentiality Designation of Deposition Transcript [Dkt. 50] | March 18, 2026 | May 4, 2026 |
| Expert Rebuttal Reports [Dkt. 48] | March 20, 2026 | May 4, 2026 |
| Response to Plaintiffs' Second Set of Requests for Production | March 30, 2026 | May 14, 2026 |
| Review of Transcript and Statement of Changes [FRCP 30(e)] | April 2, 2026 | May 18, 2026 |
| Discovery Cutoff [Dkt. 48] | May 1, 2026 | June 15, 2026 |
| Filing of Dispositive Motions [Dkt. 48] | June 26, 2026 | August 10, 2026 |
| Dispositive Motions Hearing [Dkt. 48] | August 25, 2026 | October 6, 2026 |

COLANTUONO, HIGHSMITH & WHATLEY, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

439431.1

JOINT MOTION TO EXTEND PRETRIAL DEADLINES; ORDER

DATED:  March 18, 2026

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

*Pamela K. Graham*

PAMELA K. GRAHAM
JOHN A. ABACI
ADAM N. MENTZER
Attorneys for CITY OF VALLEJO, OFFICER ROSENDO MESA, and DOE DEFENDANTS

DATED:  March 18, 2026

**BURRIS, NISENBAUM, CURRY, & LACY, LLP**

*/s/ Brandon Yee*

JOHN L. BURRIS
BENJAMIN NISENBAUM
BRANDON YEE
Attorneys for Plaintiffs J.C. and M.G.

DATED:  March 18, 2026

**KENNETH ODIWE LAW**

*/s/ K. Chike Odiwe*

K. CHIKE ODIWE
Attorney for Plaintiffs J.C. and M.G.

439431.1

4

JOINT MOTION TO EXTEND PRETRIAL DEADLINES; ORDER

**ORDER**

PURSUANT TO THE PARTIES' JOINT MOTION, IT IS SO ORDERED:

All outstanding discovery deadlines set forth in this Court's May 29, 2025 Pretrial Scheduling Order [Dkt. 48] or otherwise imposed by the Federal Rules of Civil Procedure or this Court's June 10, 205 Protective Order [Dkt. 50], and the dispositive motion hearing date set forth in the aforementioned Pretrial Scheduling Order, are hereby extended by 45 days. The parties shall now adhere to the following schedule:

Confidentiality Designation of Deposition Transcript: **May 4, 2026**

Expert Rebuttal Reports: **May 4, 2026**

Defendant's Response to Plaintiffs' Second Set of Requests for Production: **May 14, 2026**

Defendant Mesa's Review of Transcript and Statement of Changes: **May 18, 2026**

Discovery Cutoff: **June 15, 2026**

Filing of Dispositive Motions: **August 10, 2026**

Dispositive Motions Hearing:  **October 6, 2026**

IT IS SO ORDERED.

Dated: March 23, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

COLANTUONO, HIGHSMITH & WHATLEY, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

JOINT MOTION TO EXTEND PRETRIAL DEADLINES; ORDER

439431.1