# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., by and through his Guardian ad Litem Nandi Storm Cain and M.G., by and through her Guardian ad Litem Wendy Whittaker, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, a municipal corporation; ROSENDO MESA, individually and in his official capacity as a correctional officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Vallejo Police Department, <br><br> Defendants. | Case No. 2:24-cv-01879-JAM-AC <br><br> **ORDER APPROVING PROPOSED SETTLEMENT OF CLAIMS BY MINORS (LOCAL RULE 202(b)(2))** <br><br> Judge:   Hon. John A. Mendez |

Having considered the Joint Motion for Approval of Proposed Settlement of Claims by Minors (ECF No. 59), as well as the Supplement ordered by the Court (ECF No. 63), the Court finds the settlement is fair and reasonable, and HEREBY **APPROVES** the proposed settlement agreement filed at ECF No. 59-1.  Any hearing dates and deadlines previously set in this matter are **VACATED**.  The parties are **DIRECTED** to file dispositional documents on or before **July 30, 2026**.

**IT IS SO ORDERED.**

Dated: July 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

443019.1

ORDER