JOHN L. BURRIS, Esq. (SBN 69888)
BEN NISENBAUM, Esq. (SBN 222173)
BRANDON YEE, Esq. (SBN 344583)
BURRIS NISENBAUM CURRY AND LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@bncllaw.com
ben.nisenbaum@bncllaw.com
brandon.yee@bncllaw.com

Attorneys for Plaintiffs
J.C. and M.G.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J.C., by and through his Guardian ad Litem Shannon Whittaker and M.G.,

Plaintiffs,

v.

CITY OF VALLEJO, a municipal corporation; ROSENDO MESA, individually and in his official capacity as a correctional officer for the Vallejo Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Vallejo Police Department,

Defendants.

CASE NO.: 2:24-cv-01879-JAM-AC

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (ECF No. 66)**

Plaintiffs J.C., by and through his Guardian ad Litem Shannon Whittaker and M.G and defendants City of Vallejo and Rosendo Mesa, acting by and through their attorneys of record, herein stipulate for an Order of Dismissal of the Entire Action with prejudice, each side to bear their own fees and costs.

IT IS SO STIPULATED.

**Burris Nisenbaum Curry and Lacy, LLP**

July 29, 2025

__/s/*Brandon Yee*________
Brandon Yee
Attorney for Plaintiffs

**Colantuono, Highsmith & Whatley, PC**

July 29, 2026

__/s/ *Pamela K. Graham*______
Pamela K. Graham
John A. Abaci
Attorneys for Defendants

**ORDER**

Having considered the parties' stipulation and good cause appearing, the entire action is hereby **DISMISSED WITH PREJUDICE**, each side to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: July 31, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE